**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** II **Investigating Agency** FBI

**City** Quincy

**County** Norfolk

**Related Case Information:**

Superseding Ind./ Inf. no Case No. 25-mj-6767-MPK

Same Defendant ______ New Defendant yes

Magistrate Judge Case Number ______

Search Warrant Case Number see attached

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-mj-6397-MPK, 25-mj-6682-MPK ☑ Yes ☐ No

**Defendant Information:**

Defendant Name Keanu Fernandes Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Keys"

Address: 48 Newton Ave. Brockton MA

Birth date (Yr only): 1996 SSN (last 4#): 9193 Sex: M Race ______ Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: David Cutshall Bar Number if applicable: 684891

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** Not in custody

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☑ On Pretrial Release: Ordered by: Brockton District Court on #2515CR3276

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 12/15/2025 Signature of AUSA: David Cutshall

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Keanu Fernandes

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute/PWID Controlled Subs. | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

25-MJ-6341-MPK
25-MJ-6364-MPK
25-MJ-6370-MPK
25-MJ-6371-MPK
25-MJ-6388-MPK
25-MJ-6389-MPK
25-MJ-6402-MPK
25-MJ-6451-MPK
25-MJ-6452-MPK
25-MJ-6453-MPK
25-MJ-6462-MPK
25-MJ-6466-MPK
25-MJ-6592-MPK
25-MJ-6593-MPK
25-MJ-6594-MPK
25-MJ-6625-MPK
25-MJ-6626-MPK
25-MJ-6752-MPK
25-MJ-6753-MPK
25-MJ-6754-MPK
25-MJ-6755-MPK
25-MJ-6756-MPK
25-MJ-6757-MPK
25-MJ-6758-MPK
25-MJ-6759-MPK
25-MJ-6760-MPK
25-MJ-6761-MPK
25-MJ-6762-MPK
25-MJ-6763-MPK
25-MJ-6764-MPK
25-MJ-6765-MPK
25-MJ-6766-MPK